RECEIVED
PRO SE OFFICE
FEB 14 2020

20 CV 1368

tendants; New York Police Department 47th
ecinct, Officer White, Officer Jane Doe
fficer John Doe, Officer Johnson,
riminal Court of the City of New York
ronx County, Supreme Court of the State
f New York: Bronx Hall of Justice, State
f New York, NYPD 47th Precinct Internal Affairs
ivision, New York State Inspector Generals
fice, New York Attorney General Office,
Shonda Darswell, Allison Riesel; ADA,
ivil Complaint Review Board, Bronx District
ttorney Office, Bronx County Bar Association,
w York Civil Liberties Union, New York
vil Comptroller Scott M. Stringer, Office
the New York City Comptroller, Bronx
iminal Courthouse, Investigator Kenneth
helton, New York City Comptroller Charles
ostello and Bronx County Central Booking.

Statement of Facts:

On 12/19/2019 Robert W. Johnson was arrested by Officer White and Officer Jane Doe of the 47TH Precinct in the Bronx, New York with no warrant or just reasons given for arrest. Robert W. Johnson was not read Miranda Rights and U.S. Constitutional Rights for arrest by the arresting Officers and Robert W. John was detained in tight handcuffs and placed in a patrol car. Robert W. Johnson was pat frisked by female officers ar. male officers, subjected to unsanitary conditions and uncomfortable settings with another prisoner after being molested by (2) John Doe Officers of the NYPD 47TH Precinct and was fingerprinted and photo pictured

Bronx Central Booking facility pat frisked, Photo I.D'D, Pupil (Eye Printed), medically examined and questioned, subjected to (3) prisoners in a cell, uncomfortable sitting area and was given no food or drink, questioned by a Judicial Clerk and given no fair hearing for alleged charges and released with no documentations after (9) hours of false arrest, cruel and unusual punishment and wrongful detainment.

January 14, 2020

Robert W. Johnson
Robert W. Johnson
914-839-7583

On 1/14/2020 Robert W. Johnson personally appeared before me.
Cathleen Polizzi

CATHLEEN A POLIZZI
Notary Public - State of New York
NO. 01PO5010481
Qualified in Erie County
My Commission Expires Mar 29, 2023

**Criminal Court**
**Of the**
**City Of New York**



**Bronx County**
**265 E. 161st Street**
**Bronx, NY 10451**
**Tele- 718-618-2467**
**Fax - 917-522-4846**

**TO WHOM IT MAY CONCERN:**

**Re:** JOHNSON, ROBERT **Date of Birth:** 2-26-1984

**Arrest Number/ CCN:** B19650075

**Docket #** N/A

**Date of Arrest:** 12-19-2019

**The case/defendant that you requested information about has been adjourned/ disposed of by reason of:**

X No Public Record

____ Ind/Case# ____________

**Contact: Supreme Court of the State of New York**
**Bronx Hall of Justice**
**265 East 161st Street 2nd Flr**
**Bronx, N.Y. 10451**

X Not Docketed--Our records indicate that the above arrest was Non-Processed and No Criminal charges were filed with this arrest.

____ Case adjourned to ____________ Part ________

____ Warrant ordered on: ____________

X Other: No charges filed

[signature] 12-23-2019

**Name** **Date**

ROBERT W. JOHNSON;

ARREST DATE: 12/19/19.

Bronx District Attorney Reference#:

1. Tashonda Darswell & ADA Allison Riesel.

2. CCRB#: 2019-10936

3. INTERNAL AFFAIRS #: 2019-45491

4. CCRB Phone: 1800-341-2272; Internal Affairs Phone: 212-741-8401.

5. ~~Robert W. Johnson; NYAG Submission~~ #1-123795652; Public Integrity Bureau.

6. Robert W. Johnson filed a complaint on 12/20/19 with the Inspector Generals Office.

7. (1) USDC; WDNY; Accession RG 21 FY 17 Number 0336; Box 39: Archived on 03/26/2019; (2) USDC; NDNY; 9:10-CV-372-NAM-GHL; USDC; NDC; 3:19-CV-5789-SK.





New York City Comptroller
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

Form Version: NYC-COMPT-BLA-PI1-M

# Personal Injury Claim Form

Claim must be filed *in person or by registered or certified mail within 90 days of the occurrence* at the NYC Comptroller's Office, 1 Centre Street, Room 1225, New York, New York 10007. It must be *notarized*. If claim is not resolved within *1 year and 90 days of the occurrence*, you must start legal action to preserve your rights.

TYPE OR PRINT

**I am filing:** (X) On behalf of myself.

( ) On behalf of someone else. If on someone else's behalf, please provide the following information.

Last Name: JOHNSON
First Name: ROBERT W.
Relationship to the claimant: Myself.

( ) Attorney is filing.

**Attorney Information (If claimant is represented by attorney)**

Firm or Last Name:
Firm or First Name:
Address:
Address 2:
City:
State:
Zip Code:
Tax ID:
Phone #:
Email Address:

N/A

**Claimant Information**

*Last Name: JOHNSON
*First Name: ROBERT W.
Address: 3345 FISH AVE. APT. 1
Address 2:
City: BRONX
State: NY
Zip Code: 10469
Country: USA
Date of Birth: 02/26/1984 *Format: MM/DD/YYYY*
Soc. Sec. #: 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
HICN: (Medicare #): N/A
Date of Death: N/A *Format: MM/DD/YYYY*
Phone: 914.839.7583
Email Address: robertjohnsonwhy@gmail.com
Occupation: Taxi Driver/Line Cook
City Employee? ( ) Yes (X) No ( ) NA
Gender (X) Male ( ) Female ( ) Other

*** Denotes required field(s).**



New York City Comptroller
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**The time and place where the claim arose**

| | | |
|---|---|---|
| *Date of Incident: | 12/19/2019 | Format: MM/DD/YYYY |
| Time of Incident: | 6:00PM | Format: HH:MM AM/PM |

*Location of Incident: Bronx Criminal Court 215 161st ST. Bronx, NY 10451

| | |
|---|---|
| Address: | 215 161st ST. |
| Address 2: | |
| City: | BRONX |
| State: | NY |
| Borough: | BRONX |

***Manner in which claim arose:**

**Attach extra sheet(s) if more room is needed.**

On 12/19/2019 I was false arrested, sexually assaulted by (2) male NYPD Officers and denied legal aid by the Bronx County Bar Association with no formal explanations given to Robert W. Johnson.

**The items of damage or injuries claimed are (include dollar amounts):**

**Attach extra sheet(s) if more room is needed.**

Shock of Conscience; $10 Billion Dollars; Mental & Physical Anguish; $200 Million Dollars; Future Mental & Physical Anguish; $300 Million.

*** Denotes required field(s).***

New York City Comptroller
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**Medical Information**

| | |
|---|---|
| 1st Treatment Date: | 12/26/2019 Format: MM/DD/YYYY |
| Hospital/Name: | NYC WELL |
| Address: | 50 BROADWAY : FL. 19 |
| Address 2: | |
| City: | New York |
| State: | NY |
| Zip Code: | 10004 |
| Date Treated in Emergency Room: | N/A Format: MM/DD/YYYY |

Was claimant taken to hospital by an ambulance? ○ Yes X No ○ NA

**Employment Information (If claiming lost wages)**

| | |
|---|---|
| Employer's Name: | BROADWAY TAXI INC. |
| Address | 1717 FILLMORE AVE. |
| Address 2: | |
| City: | BUFFALO |
| State: | NY |
| Zip Code: | 14208 |
| Work Days Lost: | Pending. |
| Amount Earned Weekly: | $9,660.00 |

**Treating Physician Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

*** Denotes required field(s).**

New York City Comptroller
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**Witness 1 Information**

Last Name:
First Name:
Address
Address 2:
City:
State:
Zip Code:




**Witness 2 Information**

Last Name:
First Name:
Address
Address 2:
City:
State:
Zip Code:




**Witness 3 Information**

Last Name:
First Name:
Address
Address 2:
City:
State:
Zip Code:




**Witness 4 Information**

Last Name:
First Name:
Address
Address 2:
City:
State:
Zip Code:




**Witness 5 Information**

Last Name:
First Name:
Address
Address 2:
City:
State:
Zip Code:




**Witness 6 Information**

Last Name:
First Name:
Address
Address 2:
City:
State:
Zip Code:




***Denotes required field(s).***



New York City Comptroller
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**Complete if claim involves a NYC vehicle**

**Owner of vehicle claimant was traveling in**

| | |
|---|---|
| Last Name: | |
| First Name: | NYPD |
| Address | 4111 Laconia Ave. |
| Address 2: | |
| City: | Bronx |
| State: | NY |
| Zip Code: | 10466 |

**Non-City vehicle driver**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | N/A |
| City: | |
| State: | |
| Zip Code: | |

**Insurance Information**

| | |
|---|---|
| Insurance Company Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Policy #: | |
| Phone #: | |

**Non-City vehicle information**

| | |
|---|---|
| Make, Model, Year of Vehicle: | N/A |
| Plate #: | |
| VIN #: | |

**City vehicle information**

| | |
|---|---|
| Plate #: | |
| City Driver Last Name: | |
| City Driver First Name: | |

**Description of claimant:**

○ Driver ☒ Passenger
○ Pedestrian ○ Bicyclist
○ Motorcyclist ○ Other

***Total Amount Claimed:** Pending.

*Format: Do not include "$" or ",".*

12/26/19
Date

Robert W. Johnson
Signature of Claimant

State of New York
County of

I, ______________________________, being duly sworn depose and say that I have read the foregoing NOTICE OF CLAIM and know the contents thereof: that same is true to the best of my own knowledge, except as to the matter here stated to be alleged upon information and belief, and as to those matters. I believe them to be true.

Sworn before me this day ______________________

Signature of Claimant ______________________

Signature of notary ______________________

**** Denotes required field(s).***

# CERTIFICATE OF SERVICE

I, Robert W. Johnson, the Plaintiff, certify that on 02/07/2020 I served a copy of Civil Cover Sheet, Complaint & IFP Application upon the following:

1. Court Clerk: U.S. Courthouse 500 Pearl St.; NY, NY 10007.

February 7, 2020

Robert W Johnson
Robert W Johnson

JS 44 (Rev. 08/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Robert W. Johnson

**(b)** County of Residence of First Listed Plaintiff Bronx
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Robert W. Johnson; 3345 Fish Ave.; APT.1 : Bronx, NY 10469

**DEFENDANTS** New York Police Department, et al.

County of Residence of First Listed Defendant Bronx
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
N/A

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- X 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- X 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Appl[illegible]
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

RECEIVED
FEB 14 2020
PRO SE OFFICE

**V. ORIGIN** *(Place an "X" in One Box Only)*

- X 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 28 U.S.C § 1331
Brief description of cause: False Arrest, Civil Rights Violations, Molestation By U.S. Govt. Off.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 999 Trillion
CHECK YES only if demanded in complaint:
JURY DEMAND: X Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*: JUDGE ______ DOCKET NUMBER ______

DATE 02/07/2020 SIGNATURE OF ATTORNEY OF RECORD Robert W. Johnson

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______


ROBERT W. JOHNSON
3345 FISH AVE.
APT. 1
BRONX, NY 10469
Pro Se
COURT CLERK
U.S. COURTHOUSE
500 PEARL ST
NEW YORK, NY 10007
SDNY
U.S. POSTAGE PAID
FCM LETTER
BRONX, NY
10469
FEB 11 20
AMOUNT
$0.85
R2304H108698-29
UNITED STATES POSTAL SERVICE
CEIVED
FEB 14 2020
O SE OFFICE
FEB 13 2020