UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT W. JOHNSON,<br><br>                    Plaintiff,<br><br>                    -against-<br><br>NEW YORK POLICE DEPARTMENT, 41ST PRECINCT; OFFICER WHITE; OFFICER JANE DOE; OFFICER JOHN DOE; OFFICER JOHNSON; CRIMINAL COURT OF THE CITY OF NEW YORK BRONX COUNTY; SUPREME COURT OF THE STATE OF NEW YORK; BRONX HALL OF JUSTICE; STATE OF NEW YORK; NYPD 47TH PRECINCT INTERNAL AFFAIRS DIVISION; NEW YORK STATE INSPECTOR GENERALS OFFICE; ISHONDA DARSWELL; ALLISON RIESEL, ADA CIVIL COMPLAINT REVIEW BOARD; BRONX DISTRICT ATTORNY OFFICE; BRONX COUNTY BAR ASSOCIATION; SCOTT M. STRINGER, NEW YORK CIVIL COMPTROLLER; INVESTIGATOR KENNETH MELTON; CHARLES OSTELLO, NEW YORK CITY COMPTROLLER; BRONX COUNTY CENTRAL BOOKING,<br><br>                    Defendants. | 20-CV-1368 (CM)<br><br>CIVIL JUDGMENT |

       Pursuant to the order issued August 13, 2020, dismissing the complaint,

       IT IS ORDERED, ADJUDGED, AND DECREED that under the July 10, 2020 order in *Johnson v. O'Hagan Wolfe*, ECF 1:19-CV-7337, 8 (S.D.N.Y. July 10, 2020), the complaint is dismissed without prejudice.

       The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: August 13, 2020
       New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge